United States District Court
Southern District of Texas

**ENTERED**

November 13, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, as Broadcast Licensee of the May 4, 2019 Saul "Canelo" Alvarez v. Daniel Jacobs Middleweight Championship Fight Program, | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-cv-00052 |
| ALDA G. VILLAREAL, individually, and d/b/a TACOS EL VAQUERO, | § § § § | |
| Defendant. | § § | |

## AGREED JUDGMENT

Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") and Defendant Alda G. Villareal, individually, and d/b/a Tacos El Vaquero ("Defendant") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendant.

IT IS, THEREFORE, ORDERED that Plaintiff recover from Defendant:

- Damages in the amount of $13,500.00;

- Court costs; and

- Interest on all sums awarded herein at the rate of five percent (5%) from the date of entry of this *Agreed Judgment*.

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

SO ORDERED.

SIGNED this __13th__ day of _____, November _____, 2023.

_____
ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: _____
David M. Diaz
Attorney-in-charge
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@jonesdavis.com

JONES, DAVIS & JACKSON, PC
15110 Dallas Parkway, Suite 300
Dallas, Texas 75248
(972) 733-3117 – Telephone
(972) 733-3119 – Fax


ATTORNEY FOR PLAINTIFF

By: _____
Alda G. Villareal
aldagarcia001@gmail.com
574 Jose Marti Blvd., Apt.201
Brownsville, Texas 78526
(956) 442-8798

DEFENDANT, *pro se*